IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY WILBOURN,

Petitioner,

v.

JAMES CROSS,

Respondent.                                    No. 11-cv-01127-DRH-SCW

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 26, 2013, the petition for writ of habeas corpus is **GRANTED**. Petitioner Wilbourn's career offender enhanced sentence imposed by the United States District Court for the Northern District of Indiana in No. 01-cr-0064-RLM is **VACATED**. The Respondent shall deliver the petitioner to the United States District Court for the Northern District of Indiana for resentencing.

**IT IS SO ORDERED.**

Signed this 26th day of July, 2013.

Digitally signed by
David R. Herndon
Date: 2013.07.26
14:55:06 -05'00'

**Chief Judge**
**United States District Court**